# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00127-CV

**Heather Anderson, Appellant**

**v.**

**Greg Walden, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-002573, HONORABLE GARY HARGER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Heather Anderson filed a notice of appeal on January 3, 2012 purporting to challenge the trial court's order dated November 10, 2011 overruling her special appearance. After reviewing the clerk's record, the Clerk of this Court sent Anderson a notice observing that the notice of appeal appeared to be untimely because in this accelerated interlocutory appeal, the notice of appeal was due to be filed on or before November 30, 2011. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(7) (West Supp. 2011); Tex. R. App. P. 26.1(b), 28.1. The notice requested that Anderson supply, by March 19, 2012, proof of timely mailing of the notice of appeal. Anderson has not responded. Under the circumstances, we must dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Jurisdiction

Filed:   April 6, 2012